**DEFAULT O/E JAD**

### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-70177-JAD |
| | ) | |
| ELIZABETH A BLOOMER | ) | |
| AKA: JOCELYN E ARTIS | ) | CHAPTER 7 |
| Debtor. | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | Doc. # 21 |
| ALLY BANK | ) | |
| Movant, | ) | FILED |
| v. | ) | 7/12/24 11:41 am |
| | ) | CLERK |
| ELIZABETH A BLOOMER | ) | U.S. BANKRUPTCY |
| Respondent | ) | COURT - WDPA |
| | ) | |
| LISA M. SWOPE | ) | |
| Trustee | ) | |

### ORDER

AND NOW, this \_\_\_12th\_\_\_ day of \_\_July_____, 202<u>4</u>, upon consideration of the Motion for Relief from Automatic Stay filed by Ally Bank, ("Ally"), and any responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified for purposes of permitting the Movant to proceed and continue with an action in vehicle repossession with respect to the 2021 Chevrolet Malibu Sedan 4D LT 1.5L I4 Turbo, (VIN 1G1ZD5ST7MF011895 (the "Vehicle") to levy and sell the Vehicle, and to pursue its remedies under state law in connection with the loan documents.

3. The time period specified in Fed. R. Bankr. P. 4001(a)(3) is waived to allow Ally to immediately liquidate the Vehicle.

4. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

BY THE COURT:

jsf
JEFFERY A. DELLER, JUDGE
U.S. BANKRUPTCY COURT